**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GARY EUGENE,**

                **Plaintiff,**

**-vs-**                                                               **Case No. 6:05-cv-1528-Orl-22KRS**

**FLORIDA MALL ALE HOUSE AND RAW BAR, INC., et al.,**

                **Defendants.**

**ORDER**

This cause came on for consideration by the Court on its own initiative. On February 6, 2006, the parties notified the Court that this matter has been settled. Doc. No. 17. Thereafter, the presiding district judge referred this matter to me for a determination of whether the settlement is a "'fair reasonable resolution of a bona fide dispute.'" Doc. No. 18. Accordingly, on or before March 31, 2006, the parties shall file a settlement agreement with the Court along with a request for a fairness determination. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2006.

                                                          *Karla R. Spaulding*
                                                        KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties